UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

**Electronically Filed**

DONALD SCALF
and
BEVERLY SCALF                                                                                  PLAINTIFFS

v.                                             CIVIL ACTION NO.: _____
                                                  REMOVED FROM SHELBY CIRCUIT COURT
                                                                              NO. 18-CI-00660

NAYA S. PIERCE
and
RYDER TRUCK RENTAL INC.                                                          DEFENDANTS

\* \* \*

## NOTICE OF REMOVAL

For her Notice of Removal of this action from the Shelby Circuit Court to the United States District Court for the Eastern District of Kentucky, Defendant Naya S. Pierce states:

1. On or about December 26, 2018, Plaintiffs Donald Scalf and Beverly Scalf filed a Complaint in Shelby Circuit Court, Civil Action No. 18-CI-0660. Copies of all processes and pleadings in said action are attached hereto in accordance with 28 U.S.C. §1446(a).

2. To the best of information and belief, Plaintiffs Donald Scalf and Beverly Scalf are and were at all times relevant hereto, including the time of the commencement of civil action number 18-CI-00660 and the time of the filing of the Notice of Removal, citizens and residents of the Commonwealth of Kentucky.

3. Defendant Naya S. Pierce is and was at all times relevant hereto, including the time of the commencement of civil action number 18-CI-00660 and the time of

the filing of the Notice of Removal, a resident of the state of Texas. Defendant Naya S. Pierce is not domiciled in, nor is she a citizen or resident of, the Commonwealth of Kentucky.

4. Defendant Ryder Truck Rental, Inc. is and was at all times relevant hereto, including the commencement of civil action number 18-CI-00660 and the time of the filing of the Notice of Removal, a corporation organized and existing under the laws of the state of Florida and having its principal place of business in the state of Florida. Ryder Truck Rental, Inc. is not a Kentucky business entity and does not and did not have its principal place of business in the Commonwealth of Kentucky.

5. This action is one that Defendant may remove to this Court pursuant to the provisions of 28 U.S.C. §1441(a) because this action is between citizens or residents of different states.

6. Pursuant to Kentucky practice, the Complaint in this action did not state a specific amount in controversy. However, in a settlement demand received on January 15, 2019, Plaintiffs asserted that they claim compensatory damages in excess of $75,000, thereby indicating for the first time that the amount in controversy exceeds $75,000 exclusive of interest and costs.

7. This Notice of Removal is filed within thirty (30) days after Defendants first became aware of the removability of this action, as required by 28 U.S.C. §1446(b).

8. All Defendants consent to the removal of this action.

Respectfully submitted,

KOPKA PINKUS DOLIN, PC
Stockard R. Hickey III

/s/ Stockard R. Hickey III
462 South Fourth Street, Suite 101
Louisville, Kentucky 40202
Phone: 502.785.2809
srhickey@kopkalaw.com
Counsel for Defendants Naya S. Pierce and Ryder Truck Rental, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2019, a true and correct copy of the foregoing was mailed, postage prepaid delivery, to counsel for Plaintiffs, Rodney G. Davis, Esq., Davis Law, P.S.C., 230 North Second Street, P.O. Box 1060, Richmond, Kentucky 40476.

/s/ Stockard R. Hickey III