COMMONWEALTH OF KENTUCKY
SHELBY CIRCUIT COURT
DIVISION_____/_____
CIVIL ACTION NO. 18-CI-00660



**DONALD SCALF**                                                                 **PLAINTIFFS**

and

**BEVERLY SCALF**

**V.**                              **COMPLAINT**

**NAYA S. PIERCE**

and

**RYDER TRUCK RENTAL INC.**                               **DEFENDANTS**

\*    \*    \*    \*    \*

Come now the Plaintiffs, DONALD SCALF and BEVERLY SCALF, by and through counsel, and for their cause of action herein states as follows:

1. Plaintiff, Donald Scalf, is a resident of Madison County, Kentucky.

2. Plaintiff, Beverly Scalf, is a resident of Madison County, Kentucky.

3. The Defendant, Naya S. Pierce, is a resident of Hood County, Texas, with a mailing address of 6200 Hunterwood Drive, Granbury, Texas 76048.

4. Defendant, Ryder Truck Rental Inc. (hereinafter "RTR"), is a foreign corporation and, upon the Plaintiff's information and belief, is a licensed common carrier and has designated the following as its agent for service of process: Corporate Creations Network, Inc., 101 North Seventh Street, Louisville, Kentucky 40202

5. The damages sought in this claim are in excess of the jurisdictional requirements of this Court.

6. That at all times herein relevant to this action, Defendant, Naya S. Pierce, was operating a 2018 Freightliner Conventional Cab owned by the Defendant, Ryder Truck Rental, Inc. and that the Defendant, Ryder Truck Rental, Inc., carelessly and negligently entrusted its vehicle to the Defendant, Naya S. Pierce, and its action were a substantial contributing factor to the damages caused the Plaintiffs as set out below.

## COUNT I

7. That on or about July 29, 2018, while on I-64W in Shelbyville, Shelby County, Kentucky, the Defendant, Naya S. Pierce, was operating the aforesaid 2018 Freightliner Conventional Cab in such a negligent manner as to strike the rear driver's side of a vehicle being operated by Beverly Scalf and in which Donald Scalf was a passenger, causing a serious collision.

8. The aforementioned automobile collision and Plaintiff, Donald Scalf's, injuries and damages were caused and brought about by the negligence of the Defendant, Naya S. Pierce.

9. As a substantial result of the recklessness or negligence of the Defendant as set forth above, Plaintiff, Donald Scalf, sustained serious and permanent physical injuries, it was necessary for him to secure the service of physicians, and he has incurred expenses for medical care and treatment and will in the future be required to incur additional expenses for medical care and treatment. Further, the Plaintiff has suffered, and will continue to suffer, severe emotional distress as a result of said incident.

10. As a substantial result of the recklessness or negligence of the Defendant as set forth above, Plaintiff, Donald Scalf, has lost his ability to earn income and will continue to lose income for an undetermined amount of time.

11. At the time of said automobile collision, Plaintiff was acting in a careful, cautious and prudent manner and therefore, Plaintiff was free from any negligence on his behalf.

## COUNT II

12. The Plaintiffs restate each and every previous allegation as if set out herein in their entirety.

13. That the Plaintiff, Beverly Scalf, was operating the vehicle involved in the collision as described herein.

14. The aforementioned automobile collision and Plaintiff, Beverly Scalf's, injuries and damages were caused and brought about by the negligence of the Defendant, Naya S. Pierce.

15. As a substantial result of the recklessness or negligence of Defendant as set forth above, Plaintiff, Beverly Scalf, sustained serious and permanent physical injuries, it was necessary for her to secure the service of physicians, and she has incurred expenses for medical care and treatment and will in the future be required to incur additional expenses for medical care and treatment. Further, Beverly Scalf has suffered, and will continue to suffer, severe emotional distress as a result of said incident.

16. As a substantial result of the recklessness or negligence of Defendant as set forth above, Plaintiff, Beverly Scalf, has lost her ability to earn income and will continue to lose income for an undetermined amount of time.

## COUNT III

17. The Plaintiffs restate each and every previous allegation as if set out herein in their entirety.

18. That on or about July 29, 2018, Plaintiff, Beverly Scalf, sustained significant property damage to her 2018 Ford Focus. The Defendant is responsible for and has failed to pay for the damage to said vehicle.

19. That Plaintiff, Beverly Scalf, has incurred rental vehicle charges in the amount of $2,388.61. The Defendant is responsible for and has failed to pay for the rental charges.

20. That Plaintiff, Beverly Scalf, has suffered diminished value to her vehicle in the amount of $5,500.00. The Defendant is responsible for and has failed to pay for the diminished value.

**WHEREFORE**, the Plaintiffs, Donald Scalf and Beverly Scalf, demand judgment against the Defendant, Naya S. Pierce and Ryder Truck Rental, Inc. as follows:

1. Judgment against the Defendants, Naya S. Pierce and Ryder Truck Rental, Inc., in an amount that will fairly and reasonably compensate them for the damages caused them by the Defendants;

2. Damages in excess of the jurisdictional limits of this Court exclusive of costs, in an amount to be determined by a jury for past, present and future medical expenses;

3. Damages for loss of past, present and future ability to earn income;

4. Damages for past, present and future mental and physical pain and suffering;

5. For property damage, damages for diminished value to their vehicle and for rental charges;

6. For all costs expended herein, including reasonable attorney fees;

7. For trial by jury; and

8. For all other proper relief to which they may otherwise appear entitled.

RESPECTFULLY SUBMITTED

DAVIS LAW, P.S.C.

RODNEY G. DAVIS
230 North Second Street
P.O. Box 1060
Richmond, Kentucky 40476
(859) 624-3380
(859) 624-0912 facsimile
rgd@davislawky.com
Attorney for Plaintiff

DEC 2 7 2018

| AOC-105           Doc. Code: CI | | Case No. 18-CI-00660 |
|---|---|---|
| Rev. 1-07 Page 1 of 1 Commonwealth of Kentucky Court of Justice  www.courts.ky.gov CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Court  ☑ Circuit  ☐ District County  Shelby |

**PLAINTIFF**

DONALD SCALF AND BEVERLY SCALF

VS.

**DEFENDANT**

RYDER TRUCK RENTAL INC.

**Service of Process Agent for Defendant:**
CORPORATE CREATIONS NETWORK, INC.
101 NORTH SEVENTH STREET

| LOUISVILLE | Kentucky | 40202 |
|---|---|---|

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a legal action has been filed against you in this Court demanding relief as shown on the document delivered to you with this Summons. Unless a written defense is made by you or by an attorney on your behalf within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _12/26_, 2_018_

LOWRY S. MILLER, CLERK         Clerk
By: _____ D.C.

**Proof of Service**
This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this ____ day of _____, 2____.

Served by: _____
                                     Title

| AOC-105      Doc. Code: CI | | Case No. 18-CI-00660 |
|---|---|---|
| Rev. 1-07 Page 1 of 1 Commonwealth of Kentucky Court of Justice   www.courts.ky.gov CR 4.02; CR Official Form 1 | CIVIL SUMMONS | Court ☑ Circuit ☐ District County  Shelby |

**PLAINTIFF**

DONALD SCALF AND BEVERLY SCALF

VS.

**DEFENDANT**

RYDER TRUCK RENTAL INC.

**Service of Process Agent for Defendant:**
CORPORATE CREATIONS NETWORK, INC.
101 NORTH SEVENTH STREET

LOUISVILLE                                    Kentucky              40202

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

You are hereby notified a legal action has been filed against you in this Court demanding relief as shown on the document delivered to you with this Summons. Unless a written defense is made by you or by an attorney on your behalf within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: 12/26, 2018                         LOWRY S. MILLER, CLERK _____ Clerk
                                          By: _____ D.C.

---

**Proof of Service**
This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this ____ day of _____, 2____.
                                          Served by: _____
                                                     _____ Title