UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| DONALD SCALF, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 3:19-cv-00008-GFVT |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| NAYA S. PIERCE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The Court has received the parties' Joint Motion to Dismiss as Settled.  [R. 5.]

Therefore, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as

follows:

1.      Plaintiffs Donald Scalf and Beverly Scalf claims against Defendants Naya S.

Pierce and Ryder Truck Rental, Inc. are **DISMISSED WITH PREJUDICE**.  Each party shall

bear his, her, or its own costs and fees, except as otherwise agreed to by the parties;

2.      Any pending motions are **DENIED**, as moot; and

3.      This matter is **STRICKEN** from the Court's active docket.

This the 12th day of June, 2019.

Gregory F. Van Tatenhove
United States District Judge